## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)
**Ronald Edward Woodard**
568 Old Hwy 41
Adairsville, GA 30103

xxx–xx–7943

**Terrica Nicole Woodard**
568 Old Hwy 41
Adairsville, GA 30103

xxx–xx–7356

Case No.: **09–42647–mgd**
Chapter: **13**
Judge: **Mary Grace Diehl**

## ORDER OF DISMISSAL

The Chapter 13 Trustee's objection(s) to confirmation came before the Court and

After hearing and for good cause shown, confirmation is denied, and

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within ten (10) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

*Mary Grace Diehl*
_____
Mary Grace Diehl
United States Bankruptcy Judge

Dated: September 30, 2009

Form 155